# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

PAUL NEWTON,                          )
                                      )
            Petitioner,        )
                                      )
  vs.                              )
                                      )    No. 1:02-cr-121-LJM-KPF-1
UNITED STATES OF AMERICA,             )    No. 1:14-cv-01063-LJM-DML
                                      )
            Respondent.        )


## Entry Dismissing Motion for Relief Pursuant to
## 28 U.S.C. § 2255 and Denying Certificate of Appealability

### I. The ' 2255 Motion

The motion for relief from judgment filed by Paul Newton is dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 2244(a).

Newton previously filed an action for relief pursuant to 28 U.S.C. ' 2255, which reached adjudication on the merits in No. 1:03-cv1450-LJM-VSS through final judgment entered on the clerk=s docket on March 3, 2004.

Newton has not claimed, and there is no indication, that he has obtained leave from the Court of Appeals to file a second or successive such petition. When there has already been a decision on the merits in a federal habeas action, to obtain another round of federal collateral review a petitioner requires permission from the Court of Appeals under 28 U.S.C. ' 2244(b). *See Potts v. United States,* 210 F.3d 770 (7th Cir. 2000).

Judgment consistent with this Entry shall now issue.

## II. Certificate of Appealability

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing ' 2254 proceedings, and 28 U.S.C. ' 2253(c), the court finds that Newton has failed to show that reasonable jurists would find it Adebatable whether [this court] was correct in its procedural ruling.@ *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The court therefore denies a certificate of appealability.

IT IS SO ORDERED.

Date:    08/01/2014

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul Newton
Reg. No. 06945-028
Federal Correctional Institution
P.O. Box 1010
Bastrop, TX   78602